JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 TRUSTEES OF THE OPERATING<br>ENGINEERS PENSION TRUST,<br>12 TRUSTEES OF THE OPERATING<br>ENGINEERS HEALTH AND<br>13 WELFARE FUND, TRUSTEES OF THE<br>OPERATING ENGINEERS<br>14 VACATION-HOLIDAY SAVINGS<br>TRUST, and TRUSTEES OF THE<br>15 OPERATING ENGINEERS TRAINING<br>TRUST, | CASE NO.: CV 10-01311 GAF (AJWx)<br><br>ASSIGNED TO THE HONORABLE<br>GARY A. FEESS<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)] |

16 TRUST,

17            Plaintiffs,

18       v.

19 GAUDENTI & SONS CORPORATION,

20 a California corporation,

21            Defendant.

22

23       Plaintiffs' motion for default judgment was taken under submission in the above-

24 referenced Court, the Honorable Gary A. Feess, United States District Judge, presiding.

25 No appearances by counsel were required.

26       After full consideration of the evidence, and the authorities submitted by counsel,

27 and for good cause shown:

28 / / /

2) [Proposed] Judgment.doc

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Gaudenti & Sons Corporation, a California corporation, the principal amount of $68,841.63 (consisting of unpaid fringe benefit contributions related to unpaid contributions for work performed by covered employees during the months of August 2009 through November 2009 in the amount of $60,732.11, liquidated damages in the amount of $6,535.16, and prejudgment interest in the amount of $1,574.36), attorney's fees of $2,131.00 and costs of $556.71, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: July 12, 2010

_____

UNITED STATES DISTRICT JUDGE

Presented June 30, 2010 by:

LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ Matthew T. Bechtel

MATTHEW T. BECHTEL
Attorney for Plaintiffs,
Trustees of the Operating Engineers
Pension Trust, et al.

2) [Proposed] Judgment.doc